No. 84–351. ATASCADERO STATE HOSPITAL ET AL. v. SCANLON. C. A. 9th Cir. Motion of respondent for leave to

proceed *in forma pauperis* and certiorari granted. ▓▓▓▓